ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 11 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| v. | |
| JOEL BERUMEN CENICEROS | No.   1:24 CR 196 |

THE GRAND JURY CHARGES THAT:

On or about October 16, 2020, in the Northern District of Georgia, the defendant, JOEL BERUMEN CENICEROS, an alien to the United States of America, was found within the United States after having previously been deported and removed therefrom, and without having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A ___True___ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
  *United States Attorney*

*Eric White*
ERIC J. WHITE
  *Assistant United States Attorney*
Georgia Bar No. 580963

600 U.S. Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181